UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADAM HANDLER, | ) |
| | ) |
| Plaintiff, | ) |
| | )   1:05-cv-1451-SEB-VSS |
| vs. | ) |
| | ) |
| DAVID PARKER and DEPAUW | ) |
| UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

On February 10, 2006, the Court issued an order dismissing Count I of Plaintiff's Complaint, and on February 15, 2006, the Court issued an order dismissing Count II of Plaintiff's Complaint.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this cause is dismissed without prejudice.

Date: February 15, 2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Cory Stephen Brundage
cb@brundagelaw.com

Phillip J. Fowler
BINGHAM MCHALE LLP
pfowler@binghammchale.com

Joel F. Handler
jhandler@cogan-mcnabola.com

Jonna L. McGinley
BINGHAM MCHALE
jmcginley@binghammchale.com

Brian W. Welch
BINGHAM MCHALE
bwelch@binghammchale.com